```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. 2:12-CR-093 WBS |
| v. | ORDER UNSEALING FILES |
| CASSIDY ADAM FRANKLIN, | |
| Defendant. | |

Upon application of the government, and good cause appearing therefore, IT IS HEREBY ORDERED that the files in the above-referenced case be, and hereby are, UNSEALED.

DATED: March 12, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE