1 DANIEL J. BRODERICK, Bar #89424
  Federal Defender
2 DOUGLAS BEEVERS, U.S.V.I. Bar #766
  Assistant Federal Defender
3 Designated Counsel for Service
  801 I Street, 3rd Floor
4 Sacramento, California 95814
  Telephone: (916) 498-5700
5
  Attorney for Defendant
6 CASSIDY FRANKLIN

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) No. 2:12-cr-00093 WBS
                                )
12        Plaintiff,            ) STIPULATION AND [PROPOSED] ORDER
                                ) TO CONTINUE STATUS CONFERENCE
13     v.                       )
                                )
14 CASSIDY FRANKLIN             ) Date: May 14, 2012
                                ) Time: 9:30 a.m.
15        Defendant.            ) Judge: Hon. William B. Shubb
                                )
16                              )
   _____)
17

18   The parties request that the status conference in this case be continued from April 30, 2012 to May 14, 2012 at 9:30 a.m. They stipulate that the time between April 30, 2012 and May 14, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Defense counsel needs time to continue investigating the facts of the case. Specifically, defense counsel needs additional time to review and examine the forensic evidence and to consult with the defendant. The parties

| | |
|---|---|
| 1 | stipulate and agree that the interests of justice served by granting this |
| 2 | continuance outweigh the best interests of the public and the defendant |
| 3 | in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv). |

Dated: March 22, 2012                         Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
CASSIDY FRANKLIN

Dated: March 22, 2012                         BENJAMIN B. WAGNER
United States Attorney

*/s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for April 30, 2012 be continued to May 14, 2012, at 9:30 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the May 14, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated:  March 23, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip and Order                              -2-