```
DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS J. BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CASSIDY FRANKLIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-12-0093 WBS |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| CASSIDY FRANKLIN, | Date: NONE |
| Defendants. | Time: NONE |
| | Judge: Hon. Gregory G. Hollows |

It is hereby stipulated between the parties, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant CASSIDY FRANKLIN, that the Conditions of Release, Special Condition #21 be added and amended as follows: **#21 You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.** U.S. Pretrial Services Officers, counsel for the government, and counsel for defendant, CASSIDY FRANKLIN, agree with the condition as set forth therein.

The U.S. Pretrial Services Office and the U.S. Attorney's Office have no objection to the proposed modification.

**IT IS SO STIPULATED**

Dated: April 13, 2012            Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Douglas J. Beevers
                                 _____
                                 DOUGLAS J. BEEVERS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 CASSIDY FRANKLIN

Dated: April 13, 2012            BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Kyle Reardon
                                 _____
                                 Kyle Reardon
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that as to defendant CASSIDY FRANKLIN'S Conditions of Release, Special Condition #21 be added and amended as follows: **#21 You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.**

**IT IS SO ORDERED.**

Dated: April 17, 2012

                    /s/ Gregory G. Hollows
                    _____
                    UNITED STATES MAGISTRATE JUDGE