1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700
   (916) 554-2900 FAX

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10
                                    )
11  UNITED STATES,                  ) CASE NO.  2:12-CR-0093 WBS
                                    )
12                  Plaintiff,      )
                                    )
13  v.                              ) **STIPULATION AND [~~PROPOSED~~] ORDER**
                                    ) **CONTINUING DATE FOR GOVERNMENT**
14  CASSIDY ADAM FRANKLIN,          ) **REPLY BRIEF UNTIL NOVEMBER 14,**
                                    ) **2012**
15                  Defendant.      )
                                    )
16  _____    )

17

18       The parties appeared before the Court on August 20, 2012, and

19  set a briefing schedule for the defendant's motion to suppress.  At

20  that time, the United States was ordered to file its reply brief no

21  later than October 29, 2012. A hearing on the motion to suppress was

22  set for December 3, 2012.

23       On September 19, 2012, the defendant filed his "Notice of Motion

24  and Motion to Suppress," along with his "Memorandum in Support of

25  Motion to Suppress."  C.R. 29.

26       The parties hereby stipulate that the due date for the United

27  States' reply brief to the defendant's motion is continued from

28  October 29, 2012, to November 14, 2012.  As a result of the filing of

the defendant's pretrial motion, the parties further stipulate that time should continue to be excluded from the calculation of time under the Speedy Trial Act until the conclusion of the hearing on, or other prompt resolution of, the motion to suppress by the Court. 18 U.S.C. § 3161(h)(1)(D); Local Code E.

Dated: October 30, 2012                    Respectfully Submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney


                                    By:  */s/ Kyle Reardon*
                                         KYLE REARDON
                                         Assistant U.S. Attorney


Dated: October 30, 2012              */s/ Kyle Reardon* for
                                     DOUGLAS BEEVERS
                                     Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | CASE NO.  2:12-CR-0093 WBS |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER GRANTING PARTIES'** |
|  | ) | **STIPULATION CONTINUING DATE FOR** |
| CASSIDY ADAM FRANKLIN, | ) | **GOVERNMENT REPLY BRIEF UNTIL** |
|  | ) | **NOVEMBER 14, 2012** |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |

The parties' stipulation is approved and so ordered.  Time shall continue to be excluded from the calculation of time under the Speedy Trial Act until the conclusion of the hearing on, or other prompt resolution of, the motion to suppress by the Court.  18 U.S.C. § 3161(h)(1)(D); Local Code E.

DATED:  October 30, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE