BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CASSIDY ADAM FRANKLIN,<br><br>  Defendant. | CASE NO. 2:12-CR-00093 WBS<br><br>**MOTION TO DISMISS INDICTMENT AND [~~PROPOSED~~] ORDER DISMISSING INDICTMENT** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the indictment in the above-captioned matter.

DATED: January 7, 2013                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                     By:  */s/ Kyle Reardon*
                                          KYLE REARDON
                                          Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CASSIDY ADAM FRANKLIN,<br><br>    Defendant. | CASE NO. 2:12-CR-00093 WBS<br><br>**ORDER DISMISSING INDICTMENT** |

APPROVED AND SO ORDERED.

DATED: January 7, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE